```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
JOSE FRANKLIN SAUCEDO,                                                  :
                                                                        :
                              Plaintiff,                                :
                                                                        :       25 Civ. 5773 (JPC)
                -v-                                                     :
                                                                        :              ORDER
BERKLEY OWNERS CORP. and MITCHELL                                       :
KAPLAN,                                                                 :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 29, 2025, Defendants submitted a pre-motion letter under Rule 6.A. of the Court's Individual Practices in Civil Cases requesting permission to file a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). Dkt. 12. According to Rule 6.A., "[a]ll parties served with the pre-motion letter must submit a letter response . . . within three business days from the submission of the pre-motion letter." Plaintiff's deadline to respond was therefore September 4, 2025. That deadline has passed, and the docket does not reflect a response to the pre-motion letter from Plaintiff.

Accordingly, the Court orders Plaintiff to respond to Defendants' pre-motion letter no later than September 8, 2025.

SO ORDERED.

Dated: September 5, 2025
       New York, New York                        _____
                                                        JOHN P. CRONAN
                                                 United States District Judge