**Law Office of Mohammed Gangat**

220 9th St, Suite 2049, Jersey City, NJ 07302
(833) 729-3247  mgangat@gangatpllc.com

*via ECF*                                                           **February 3, 2026**
Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

<u>**Re: Saucedo v. Berkley Owners Corp. et al.,**</u>
<u>**No. 25-CV-5773 (JPC)(BCM)**</u>

Dear Judge Cronan:

Our office represents the plaintiff, Jose Saucedo, in the above-referenced matter. Together with Defendants, the parties jointly request a 30-day extension to submit the necessary documentation to the Court. The current deadline is February 5, 2026. This is the Parties' first request for an extension of time.

The parties have been working diligently to finalize the necessary steps to conclude this matter. The parties respectfully submit that a brief extension will facilitate the orderly completion of this matter and avoid the need for further court intervention.

The parties confirm that this extension will not prejudice either side, and both parties remain committed to promptly concluding this litigation. We are confident that the additional time will allow the parties to properly conclude this settlement process by or before March 7, 2026.

We thank the Court for its consideration of this joint request.

Respectfully Submitted,

/s/ *Eliseo Cabrera*
Eliseo Cabrera, Esq.

The request is granted.  The parties shall submit the documents necessary to evaluate their settlement under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by March 7, 2026.  The Clerk of Court is respectfully directed to close Docket Number 25.

SO ORDERED.
February 4, 2026
New York, New York

JOHN P. CRONAN
United States District Judge