**Law Office of Mohammed Gangat**                220 9th St, Suite 2049, Jersey City, NJ 07302
(833) 729-3247  mgangat@gangatpllc.com

_via ECF_                                                                   **March 6, 2026**
Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

<u>**Re: Saucedo v. Berkley Owners Corp. et al.,**</u>
<u>**No. 25-CV-5773 (JPC)(BCM)**</u>

Dear Judge Cronan:

  We represent the plaintiff, Jose Saucedo, in the above-referenced matter. The parties jointly write to request a 14-day extension to submit the necessary documentation to the Court. The current deadline is March 7, 2026. This is the parties' second request for an extension of time.

  The parties have finalized all necessary documents and require additional time for Defendants to complete a final review before execution. The parties confirm that this extension until March 20, 2026 will not prejudice either side, and both parties remain committed to promptly concluding this litigation.

  We thank the Court for its consideration of this joint request.

Respectfully Submitted,

<u>/s/ _Eliseo Cabrera_</u>
Eliseo Cabrera, Esq.

The request is granted.  The parties shall submit the documents necessary for the Court to evaluate their settlement under _Cheeks v. Freeport Pancake House, Inc._, 796 F.3d 199 (2d Cir. 2015), by March 20, 2026.  The Clerk of Court is respectfully directed to close Docket Number 28.

SO ORDERED.
March 9, 2026
New York, New York

JOHN P. CRONAN
United States District Judge