**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSE FRANKLIN SAUCEDO,

                          *Plaintiff*,

          -against-

BERKLEY OWNERS CORP., and MITCHELL
KAPLAN,

                          *Defendants.*

Case No. 1:25-cv-05773-JPC

**JUDGMENT** ~~**(PROPOSED)**~~

A Notice of Acceptance of a Rule 68 Offer of Judgment having been filed by plaintiff JOSE FRANKLIN SAUCEDO ("Plaintiff") on March 16th, 2026, accepting the March 11, 2026, Offer of Judgment from defendants BERKLEY OWNERS CORP., and MITCHELL KAPLAN, ("Defendants") to allow judgment against them, with respect to Plaintiff's Fair Labor Standards Act, 29 U.S.C. 201 et seq. claim asserted in Plaintiff's Amended Complaint, and in favor of Plaintiff in the amount of $5,000.00, inclusive of all damages, interest, costs and attorneys' fees incurred by Plaintiff, it is

**ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff JOSE FRANKLIN SAUCEDO and against Defendants BERKLEY OWNERS CORP., and MITCHELL KAPLAN, with respect to Plaintiff's Fair Labor Standards Act, 29 U.S.C. 201 et seq. claim asserted in Plaintiff's Complaint, in the total amount of $5,000.00, inclusive of all damages, interest, costs and attorneys' fees incurred by Plaintiff; and that this case is closed.

Judgment signed this __17th__ day of _March_ 2026.

_____
  Hon.  John P. Cronan
  United States District Judge